**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

**RAYMOND KEITH THOMAS**                                    **PETITIONER**

**VS.**                         **CIVIL ACTION NO: 5:14-cv-101-DCB-MTP**

**STATE OF MISSISSIPPI and WARDEN FRANK SHAW**        **RESPONDENTS**

**ORDER**

This cause came on this date to be heard upon the Report and Recommendation **[docket entry 19]** of the United States Magistrate Judge, after referral of hearing by this Court, and there being no objections thereto, and the Court, having fully reviewed the Report and Recommendation of the United States Magistrate Judge entered in this cause, and being duly advised in the premises, finds that the Report and Recommendation, recommending that the Plaintiff's Petition for Writ of Habeas Corpus be denied and dismissed with prejudice and that the Motion to Dismiss **[docket entry 17]** be granted, should be adopted by this Court. Accordingly,

IT IS, HEREBY ORDERED that the Report and Recommendation of United States Magistrate Judge Michael T. Parker **[docket entry 19]** is adopted as the finding in this Court, and the Plaintiff's Petition for Writ of Habeas Corpus is DENIED.

SO ORDERED, this the 21st Day of September, 2015.

                                         /s/ David Bramlette
                                         UNITED STATES DISTRICT JUDGE